## 32406. GOLDSTEIN v. CITY OF ATLANTA.

PER CURIAM.

After further consideration of the decision in *Goldstein v. City of Atlanta,* 141 Ga. App. 701 (234 SE2d 344) (1977), this court has decided that the writ of certiorari was improvidently granted.

*Case dismissed. All the Justices concur, except Hall, J., who dissents.*

ARGUED JULY 11, 1977 — DECIDED OCTOBER 20, 1977.

*Lawrence L. Schneider,* for appellant.
*Mary Welcome, Paul Howard, Jr.,* for appellee.